IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        ORDER

        Case No. 08-cr-130-bbc

RONALD VANDERPOL,

        Defendant.

---

The defendant in the above-entitled case has been:

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

\_\_\_X\_\_\_ given a sentence that does not include either incarceration or supervision. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: \_\_\_\_2-2-09\_\_\_\_.

BY THE COURT:

/s/ Stephen Crocker
STEPHEN L. CROCKER
Magistrate Judge

cc: USA, Defense Atty, USPO